**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

WILLIAM W. WALKER, )
)
    Plaintiff, )
)
v. )    No. 1-12-00147
)    Senior Judge Haynes
)
FLOYD SEALEY, et al., )
)
    Defendants. )

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 92) to grant Defendant Floyd Sealey's motion to dismiss (Docket Entry No. 89). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendant's motion to dismiss (Docket Entry No. 89) is **GRANTED.** This action is **DISMISSED with prejudice**. Defendant's motion for entry of amended case management order and other relief (Docket Entry No. 91) is **DENIED as moot**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of July, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge